Michele Vercoski Esq. (SBN 244010)
mmv@mccunelawgroup.com
Yasmin N. Youness (SBN 331327)
yny@mccunelawgroup.com
Gavin P. Kassel (SBN 284666)
sboffice@mccunelawgroup.com
**MCCUNE LAW GROUP, APC**
31 W. Stuart Ave, Suite 300
Redland, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**
Andrew P. Frederick, Bar No. 284832
andrew.frederick@morganlewis.com
Ulises Solis, Bar No. 365681
ulises.solis@morganlewis.com
1400 Page Mill Rd, Fl 2
Palo Alto, CA 94304-1176
T: (650) 843-7240
F: (650) 843-4001

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN N. JOHNS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-cv-02833-SSS-SP<br><br>**STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

Plaintiff STEPHEN N. JOHNS ("Plaintiff") and Defendants AMAZON.COM, INC. and AMAZON.COM SERVICES LLC (collectively, "Defendants") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff seeks leave to file a proposed First Amended Complaint, a copy of which is attached hereto as **Exhibit #1**;

WHEREAS, Defendants will stipulate to allow Plaintiff leave to file the proposed First Amended Complaint;

WHEREAS, the proposed First Amended Complaint adds factual allegations concerning Plaintiff's claimed exhaustion of administrative remedies and adds a claim for relief for alleged violations of the Private Attorneys General Act, California Labor Code §§ 2698 *et seq*. ("PAGA");

WHEREAS, the Parties agree that they do not waive, and fully and expressly reserve, all claims, challenges, defenses, objections and positions in this action, including with respect to the First Amended Complaint;

WHEREAS, the Parties agree that Defendants will have thirty days (30) days in which to respond to the First Amended Complaint once it is filed; and

WHEREAS, once the First Amended Complaint is filed, Plaintiff agrees to dismiss his separately filed PAGA action against Defendants pending in San Bernardino Superior Court, Case No. CIVSB2621458, within seven days of filing his First Amended Complaint in this action.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

(1) Upon the Court's execution of this Order, Plaintiff may have leave to file the First Amended Complaint;

(2) Defendants will have thirty (30) days in which to respond to the First Amended Complaint once it is filed; and

(3) Plaintiff will dismiss his PAGA action against Defendants pending in San Bernardino Superior Court, Case No. CIVSB2621458.

///

///

**IT IS SO STIPULATED.**

Dated: November 3, 2026

**MCCUNE LAW GROUP, APC**

By: */s/ Gavin P.Kassel*
Michele Vercoski Esq.
Yasmin N. Younessi
Gavin P. Kassel
*Attorneys for Plaintiff*

Dated: November 3, 2026

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Andrew P. Frederick*
Andrew P. Frederick, Esq.
*Attorney for Defendants*